IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:06cr41-SPM

RAYMOND REED, JR., and
SHEILA GILLINS

     Defendants.
_____/

## ORDER FOR REASSIGNMENT

Based on the relationship of this case to case number 1:02cr29-MMP before the Honorable Maurice M. Paul, Senior United States District Judge, and the consent of Judge Paul, the clerk is directed to reassign this case to Judge Paul.

SO ORDERED this 29th day of November, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge