IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:02-cr-00029-MP-AK
     1:06-cr-00041-MP-AK

RAYMOND REED, JR.,
SHEILA GILLINS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on a change of plea hearing held on Thursday, April 5, 2007. During the hearing, Defendant Reed stated that he did not wish to enter a change of plea, and asked that his court appointed counsel, Stephen Bernstein, be dismissed. The Court grants this request, and Mr. Bernstein is relieved of his duties in both cases in which he represents Defendant Reed. Because Defendant Reed stated that he intends to retain new counsel, a hearing for determination of counsel is set for Tuesday, April 10, 2007, at 12:30 p.m.

Also at the hearing, Defendant Gillins stated that she did not wish to enter a change of plea, and asked that her court appointed counsel, Caridad Gonzalez, be dismissed. The Court grants this request, and Ms. Gonzalez is relieved of her duties in both of cases in which she represents Defendant Gillins. Because Defendant Gillins stated that she also intends to retain new counsel, a hearing for determination of counsel is set for Tuesday, April 10, 2007, at 12:30 p.m. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant Reed's request to dismiss counsel is granted, and Stephen Bernstein is removed as counsel of record for Defendant in case numbers 1:02-cr-00029, and 1:06-cr-00041;

2. Defendant Gillins' request to dismiss counsel is granted, and Caridad Gonzalez is removed as counsel of record for Defendant in case numbers 1:02-cr-00029, and 1:06-cr-00041;

3. A hearing for determination of counsel for each Defendant is scheduled for Tuesday, April 10, 2007, at 12:30 p.m.

**DONE AND ORDERED** this __6th__ day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge